Entered on Docket
November 15, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: November 14, 2018

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

DREW A. CALLAHAN (SBN 254257)
CHRISTOPHER M. MCDERMOTT (SBN 253411)
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile:  (619) 326-2430
E-mail: bkloanmod@piteduncan.com

Attorneys for Movant
Wells Fargo Bank, N.A. as Trustee for WaMu Mortgage Pass-
Through Certificates Series 2006-PR2 Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FESTUS E OGBEIDE,<br><br>Debtor(s). | Case No. 18-40396-CN<br><br>Chapter 11<br><br>**ORDER ON MOTION FOR COURT CONSENT TO ENTER INTO LOAN MODIFICATION AGREEMENT**<br><br>[B.L.R. 9014-1(b)(3)] |

    This matter having come before the Court upon the Motion of Wells Fargo Bank, N.A. as Trustee for WaMu Mortgage Pass-Through Certificates Series 2006-PR2 Trust ("Movant") for Court Consent to Enter Into Loan Modification Agreement, and the Court having considered the motion, any opposition thereto, the matters on file, and being duly advised.

- 1 -   CASE NO. 18-40396-CN
**ORDER ON MOTION FOR COURT CONSENT TO ENTER INTO
LOAN MODIFICATION AGREEMENT**

**IT IS HEREBY ORDERED:**

1. The parties are authorized to enter into and finalize a Loan Modification Agreement and Movant may record such agreement with the appropriate county recorder's office;

2. Movant retains the right of final approval of the terms of Debtor's loan modification and Movant retains the right to seek reinstatement of its claim in the event the loan modification is not finalized;

3. Entry of this Order does not constitute Court approval of any specific terms of any loan modification agreement entered into by the Debtor's and Movant.

**END OF ORDER**

**COURT SERVICE LIST**